IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **RICHARD C. PAYNE**<br>　*Plaintiff,* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO.: 4:15-cv-00809 |
| **WARREN TRANSPORT, INC., AND**<br>**BRETT C. BRAYTON,**<br>　*Defendants.* | §<br>§<br>§ | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Plaintiff RICHARD C. PAYNE and pursuant to FED. R. CIV. P. 41(a), files this his Agreed Stipulation of Dismissal With Prejudice in the above-entitled and numbered cause.

### STIPULATIONS

1. Plaintiff stipulates to the dismissal of each and all of his causes of action asserted or could have been asserted against Defendants Warren Transport, Inc. and Brett C. Brayton in this action, with prejudice to said actions being refiled against Defendants.

2. All parties hereto stipulate that taxable costs of court shall be borne by the party incurring same.

Respectfully submitted,

**GAGNON, PEACOCK & VEREEKE**

BY: */s/ David M. Vereeke*
    **DAVID M. VEREEKE**
    State Bar No. 20547500
    david@gapslaw.com

1349 Empire Central Drive
Suite 500, Lock Box 56
Dallas, Texas  75247
(214) 824-1414 Telephone
(214) 824-5490 Facsimile

**COUNSEL FOR PLAINTIFF
RICHARD C. PAYNE**

    **- and -**

**SARGENT LAW, P.C.**

By: */s/ Brent Chandler*
    **DAVID L. SARGENT**
    State Bar No. 17648700
    david.sargent@sargentlawtx.com
    **BRENT W. CHANDLER**
    State Bar No. 24055291
    brent.chandler@sargentlawtx.com

1717 Main Street, Suite 4750
Dallas, Texas 75201
(214) 749-6000
(214) 749-6100 (fax)
**ATTORNEYS FOR DEFENDANTS
BRETT COLBY BRAYTON AND
WARREN TRANSPORT, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2017, a true and correct copy of the above and foregoing instrument was forwarded to the following via the ECF filing system:

J.B. Peacock, Jr.
David M. Vereeke
Colin Benton
Gagnon, Peacock & Vereeke
1349 Empire Central Drive
Suite 500, Lock Box 56
Dallas, Texas 75247

           */s/ Brent Chandler*
           **BRENT W. CHANDLER**