IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **RICHARD C. PAYNE** § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO.: 4:15-cv-00809 |
| § | |
| **WARREN TRANSPORT, INC., AND** § | |
| **BRETT C. BRAYTON,** § | |
| *Defendants.* § | |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

**BE IT REMEMBERED,** that on this day came on to be considered the above cause, and the Agreed Stipulation of Dismissal With Prejudice between Plaintiff Richard C. Payne and Defendants Warren Transport, Inc. and Brett C. Brayton. The Court, after considering the stipulation, is of the opinion that the stipulation should be accepted and the case dismissed with prejudice.

**IT IS THEREFORE ORDERED** that each and every cause of action alleged by Plaintiff Brett C. Brayton against Defendants Warren Transport, Inc. and Brett C. Brayton in the above-styled and numbered lawsuit be and is hereby dismissed with prejudice to the refiling of same or any part thereof.

**IT IS FURTHER ORDERED** that taxable court costs herein incurred shall be taxed against the parties incurring the same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.
**SIGNED this 7th day of March, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE